IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

SUPERMEDIA LLC,                         )
                                        )
                Plaintiff,              )
                                        )       Case No. 1:12-cv-0168 (GBL/JFA)
        v.                              )
                                        )
                                        )
ALL STATE APPLIANCES, INC.,             )
                                        )
                Defendant.              )

## ORDER

Upon consideration of the August 3, 2012 Report and Recommendation of United States Magistrate Judge Anderson, who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon an independent review of the record, it is hereby

ORDERED that the Court adopts as its own the findings of fact and accepts the recommendation of United States Magistrate Judge Anderson. The Clerk of Court shall enter default judgment in favor of Plaintiff SuperMedia LLC, and against Defendant All State Appliances, Inc., in the amount of $386,861.99, attorneys' fees and costs in the amount of $6,708.18, plus interest at the federal rate from the date of judgment until paid.

The Clerk is directed to forward a copy of this Order to counsel of record.


ENTERED this 2nd day of October, 2012.


Alexandria, Virginia
10/ 2 /12                                       _____/s/_____
                                                Gerald Bruce Lee
                                                United States District Judge